AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | |
|---|---|
| Richard L. Jernigan, Jr. <br> _____ <br> *Plaintiff(s)* <br> v. <br> <br> _____ <br> Palmer Recovery Attorneys, PLLC <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   1-18-cv-00344-JB-N <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Palmer Recovery Attorneys, PLLC
c/o Aaron James Morse
260 Wekiva Springs Rd.
Suite 2090
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Henry H. Brewster
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date:   August 13, 2018                *Nicole Hawkins*

                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1-18-cv-00344-JB-N

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I per...

☐ I left

on *(date)* _____ there,

☐ I ser...

designa... , who is

☐ I retu... ; or

☐ Other

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Palmer Recovery Atty
C/o Aaron James Morse
260 Wekiva Springs Rd Ste 2090
Longwood FL 32779-3699

9590 9402 3647 7335 7855 14

2. Article Number *(Transfer from service label)*

7017 1450 0001 7015 6009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C Henders    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
C Henderson                     8/20/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic R...

---

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  8/23/18 _____

_Michele W Potter_
Server's signature

_Michele W. Potter_
Printed name and title

_205 N. Conception St., Mobile, AL 36603_
Server's address

Additional information regarding attempted service, etc:

Print       Save As...              Reset