IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RICHARD L. JERNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:18-cv-344 |
| ) | |
| PALMER RECOVERY ) | |
| ATTORNEYS, PLLC, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AND SUPPORTING AFFIDAVIT**

The Clerk is requested to enter default against the defendant Palmer Recovery Attorneys, PLLC, in the above entitled action for failure to plead, answer, or otherwise defend as set out in the affidavit hereto annexed.

Respectfully submitted this the 28th day of September, 2018.

*/s/Henry Brewster*
Henry Brewster [BREWH7737]
HENRY BREWSTER, LLC
205 N Conception Street
Mobile, Alabama 36603
251-338-0630
hbrewster@brewsterlaw.net

ATTORNEY FOR PLAINTIFF

STATE OF ALABAMA  )
COUNTY OF MOBILE  )

Henry Brewster, being duly sworn, deposes and says:

1. That he is attorney of record of the Plaintiff, and has personal knowledge of the facts set forth in this affidavit.

2. Service of the Defendant was completed at the Registered Agent address listed with the Florida Secretary of State.  See Doc. 6.

3. More than 21 days have elapsed since the date Defendant was served with the Summons and Complaint.

4. The Defendant has failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or other defense which it might have upon the undersigned attorney of record for the Plaintiff.

5. This affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant, for its failure to answer or otherwise defend as to the Plaintiff's Complaint.

_____
Henry Brewster

Sworn to and Subscribed before me this 27 day of September, 2018.

_____
My Commission Expires: 12/26/21

MICHELE W POTTER
My Commission Expires
December 26, 2021

2