IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RICHARD L. JERNIGAN, JR.,       *
  Plaintiff,
                 *
vs.                     CIVIL NO.  18-0344-JB-N
                *
PALMER RECOVERY ATTORNEYS,
PLLC
  Defendant.          *

## CLERK'S ENTRY OF DEFAULT

  Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is hereby entered by the Clerk against the Defendant Palmer Recovery Attorneys, PLLC for failure to plead or otherwise defend.

  Done this the 28th day of September, 2018.

                 CHARLES R. DIARD, JR., CLERK

                 By: *Tina Wood*
                     Deputy Clerk